# United States District Court
## for the
## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Michael Bolino**  Case Number **94CR-135**

Name of Sentencing Judicial Officer: **The Honorable Eugene H. Nickerson, Senior U.S. District Judge. On January 26, 2004, jurisdiction of this case was transferred to the Honorable Frederick Block, Senior U. S. District Judge**

Date of Original Sentence: **March 8, 1996**

Original Offense: **Armed Robbery, 18 USC 1951; and Using and Carrying a Firearm in Connection With a Crime of Violence, 18 USC 924(c)(1)**

Original Sentence: **97 months custody followed by three (3) years supervised release**
Type of Supervision: **Supervised Release**     Date Supervision Commenced: **April 28, 2003**

===============================================================================

## PETITIONING THE COURT

☐ To extend the term of supervision.

☒ To modify the conditions of supervision as follows:

For a period until April 27, 2006, the defendant shall remain in his or her home of record. The defendant is only authorized to leave for employment or any other necessary activities with the approval, in advance, of the Probation Department. The home confinement period shall commence on a date approved by the Probation Department. While serving the period of home confinement, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for home confinement by the Probation Department and the Administrative Office of the U.S. Courts. In addition, the defendant shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree that he or she is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department t assess his or her ability to pay.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

Please refer to attached memorandum.

Respectfully submitted by,

_____
Robert W. Anton
Sr .U.S. Probation Officer
Date: February 7, 2006

Approved by,

_____
Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: February 7, 2006

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

2/14/06
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

*For a period of __Until 4/27/06__ days, the defendant shall remain in his or her home of record. The defendant is only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department. The home confinement period shall commence on a date approved by the Probation Department. While serving the period of home confinement, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for Home Confinement by the Probation Department and the Administrative Office of U.S. Courts. In addition, the defendant shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree he or she is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.*

Witness: _____  Signed: _____
U.S. Probation Officer                                 Probationer or Supervised Releasee

_____
Date  1/30/06